# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:20–cv–02958–APM

MULDROW v. BARR
Assigned to: Judge Amit P. Mehta
Demand: $1,000,000
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 10/16/2020
Date Terminated: 10/26/2021
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**SHANNON MULDROW**     represented by     **Kelley Brooks Simoneaux**
THE SPINAL CORD INJURY LAW FIRM
409 7th St. NW.
Suite 300
Washington, DC 20004
202–507–9180
Email: kelley@spinalcordinjurylawyers.com
*ATTORNEY TO BE NOTICED*

**David J. Shaffer**
DAVID SHAFFER LAW, PLLC
1629 K. Street NW
Suite 300
Washington, DC 20006
202–210–7424
Email: david.shaffer@davidshafferlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WILLIAM BARR**     represented by     **April Denise Seabrook**
*Attorney General of the United States, named in his Official Capacity, and head of the Department of Justice*
*TERMINATED: 04/16/2021*

U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2525
Fax: (202) 252–2599
Email: april.seabrook@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MERRICK B. GARLAND**     represented by     **April Denise Seabrook**
*Attorney General of the United States, named in his Official Capacity, and head of the Department of Justice*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF JUSTICE** | represented by | **April Denise Seabrook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2020 | Ï 1 | COMPLAINT against WILLIAM BARR, WILLIAM BARR with Jury Demand ( Filing fee $ 400 receipt number ADCDC–7723605), REQUEST FOR SUMMONS TO ISSUE , CIVIL COVER SHEET by SHANNON MULDROW filed by SHANNON MULDROW. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Shaffer, David) (Entered: 10/16/2020) |
| 10/19/2020 | Ï | Case Assigned to Judge Amit P. Mehta. (zsb) (Entered: 10/19/2020) |
| 10/20/2020 | Ï 2 | SUMMONS (1) Issued Electronically as to WILLIAM BARR. (Attachment: # 1 Notice and Consent)(adh, ) (Entered: 10/20/2020) |
| 11/30/2020 | Ï 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General November 24, 2020. (Shaffer, David) (Entered: 11/30/2020) |
| 02/02/2021 | Ï | VACATED PURSUANT TO MINUTE ORDER FILED ON 2/16/2021.....MINUTE ORDER to Show Cause Why This Matter Should Not Be Dismissed for Failure of Proper Service. Plaintiff has sued former Attorney General William Barr in his official capacity. Federal Rule of Civil Procedure 4(i)(2) provides that, when a suit is brought against an officer of the United States in his official capacity, service must be accomplished on both the official sued and the United States. Under Rule 4(i)(1), service on the United States requires service on the Attorney General and the U.S. Attorney for the district where the action is brought. Here, according to Plaintiff's proof of service, she has served the summons and complaint on the Attorney General in his official capacity but not on the U.S. Attorney for the District of Columbia. See ECF No. 3, at 1–2. Accordingly, Plaintiff shall show cause by February 16, 2021, why this matter should not be dismissed for failure of proper service. Plaintiff may satisfy this minute order by offering proof of completed service consistent with the requirements of Rule 4(i). Signed by Judge Amit P. Mehta on 2/2/2021. (lcapm1) Modified on 2/28/2021 (zjd). (Entered: 02/02/2021) |
| 02/02/2021 | Ï 4 | REQUEST FOR SUMMONS TO ISSUE filed by SHANNON MULDROW.(Shaffer, David) (Entered: 02/02/2021) |
| 02/04/2021 | Ï 5 | ENTERED IN ERROR.....NOTICE of Appearance by David J. Shaffer on behalf of SHANNON MULDROW (Shaffer, David) Modified on 2/4/2021 (eg). (Entered: 02/04/2021) |
| 02/04/2021 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 5 Notice of Appearance was entered in error and counsel was instructed to refile said pleading. Attorney must file notice appearance with their login/password. (eg) (Entered: 02/04/2021) |
| 02/04/2021 | Ï 6 | NOTICE of Appearance by Kelley Brooks Simoneaux on behalf of SHANNON MULDROW (Simoneaux, Kelley) (Entered: 02/04/2021) |
| 02/05/2021 | Ï 7 | SUMMONS (1) Issued Electronically as to U.S. Attorney. (eg) (Entered: 02/05/2021) |
| 02/11/2021 | Ï 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 2/8/2021. Answer due for ALL FEDERAL DEFENDANTS by 4/9/2021. (Attachments: # 1 Exhibit 1 – Proof of Service as to US Attorney for District of Columbia)(Shaffer, David) (Entered: 02/11/2021) |
| 02/16/2021 | Ï 9 | RESPONSE TO ORDER TO SHOW CAUSE by SHANNON MULDROW filed by SHANNON |

| | | |
|---|---|---|
| | | MULDROW. (Shaffer, David) (Entered: 02/16/2021) |
| 02/16/2021 | | MINUTE ORDER. The Minute Order to Show Cause entered on February 2, 2021, is hereby vacated. Signed by Judge Amit P. Mehta on 2/16/2021. (lcapm1) (Entered: 02/16/2021) |
| 03/02/2021 | 10 | NOTICE of Appearance by April Denise Seabrook on behalf of WILLIAM BARR (Seabrook, April) (Entered: 03/02/2021) |
| 04/08/2021 | 11 | Joint MOTION for Scheduling Order by WILLIAM BARR. (Attachments: # 1 Text of Proposed Order)(Seabrook, April) (Entered: 04/08/2021) |
| 04/09/2021 | 12 | ORDER granting the parties' 11 Joint Motion for Scheduling Order. Plaintiff shall file her Amended Complaint on or before April 16, 2021. Defendant shall file his responsive pleading on or before May 27, 2021. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 4/9/2021. (lcapm1) (Entered: 04/09/2021) |
| 04/16/2021 | 13 | AMENDED COMPLAINT against WILLIAM BARR with Jury Demand filed by SHANNON MULDROW. (Attachments: # 1 Certificate of Service)(Shaffer, David) (Entered: 04/16/2021) |
| 05/25/2021 | 14 | MOTION to Transfer Case by MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 – Declaration, # 3 Exhibit 2 – First EEO Complaint, # 4 Exhibit 3 – Second EEO Complaint, # 5 Exhibit 4 – Third EEO Complaint, # 6 Exhibit 5 – Fourth EEO Complaint)(Seabrook, April) (Entered: 05/25/2021) |
| 05/25/2021 | 15 | MOTION to Stay *Proceedings* by MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Seabrook, April) (Entered: 05/25/2021) |
| 06/07/2021 | 16 | Unopposed MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Transfer Case by SHANNON MULDROW. (Attachments: # 1 Text of Proposed Order)(Shaffer, David) (Entered: 06/07/2021) |
| 06/08/2021 | | MINUTE ORDER granting Plaintiff's 16 Unopposed Motion for an Extension of Time. Plaintiff shall file an opposition to Defendant's motion to transfer on or before June 15, 2021. Signed by Judge Amit P. Mehta on 6/8/2021. (lcapm1) (Entered: 06/08/2021) |
| 06/15/2021 | 17 | Memorandum in opposition to re 14 MOTION to Transfer Case filed by SHANNON MULDROW. (Attachments: # 1 Exhibit 1 – Plaintiff Declaration, # 2 Exhibit 2 – Stephen Muldrow Declaration, # 3 Exhibit 3 – Civil Case Data, # 4 Text of Proposed Order, # 5 Certificate of Service)(Shaffer, David) Modified docket event/text on 6/16/2021 (eg). (Entered: 06/15/2021) |
| 06/22/2021 | 18 | Consent MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Transfer Case by WILLIAM BARR, MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Seabrook, April) (Entered: 06/22/2021) |
| 07/16/2021 | 19 | REPLY to opposition to motion re 14 MOTION to Transfer Case filed by WILLIAM BARR, MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit 6, # 2 Exhibit 7, # 3 Exhibit 8)(Seabrook, April) (Entered: 07/16/2021) |
| 07/29/2021 | 20 | MOTION for Leave to File *Surreply*, MOTION for Discovery *on the issue of venue* by SHANNON MULDROW. (Attachments: # 1 Certificate of Service)(Shaffer, David) (Entered: 07/29/2021) |
| 08/05/2021 | 21 | Unopposed MOTION for Extension of Time to File Response/Reply as to 20 MOTION for Leave to File *Surreply* MOTION for Discovery *on the issue of venue* by WILLIAM BARR, MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Seabrook, April) (Entered: 08/05/2021) |
| 08/06/2021 | | MINUTE ORDER granting Defendants' 21 Unopposed Motion for Extension of Time to File Reply. Defendants shall file their Opposition to Plaintiff's Motion to Conduct Limited Venue Discovery and Leave to File Surreply on or before September 9, 2021. Signed by Judge Amit P. Mehta on |

| | | |
|---|---|---|
| | | 8/6/2021. (lcapm1) (Entered: 08/06/2021) |
| 09/07/2021 | Ï 22 | Unopposed MOTION for Extension of Time to File Response/Reply by WILLIAM BARR, MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Seabrook, April) (Entered: 09/07/2021) |
| 09/07/2021 | Ï | MINUTE ORDER granting Defendants' 22 Unopposed Motion for Extension of Time to File. Defendants shall file their Opposition to Plaintiff's Motion to Conduct Limited Venue Discovery and Leave to File Surreply on or before September 23, 2021. Signed by Judge Amit P. Mehta on 9/7/2021. (lcapm1) (Entered: 09/07/2021) |
| 09/23/2021 | Ï 23 | Memorandum in opposition to re 20 MOTION for Leave to File *Surreply* MOTION for Discovery *on the issue of venue* filed by WILLIAM BARR, MERRICK GARLAND, U.S. DEPARTMENT OF JUSTICE. (Seabrook, April) Modified docket event/text on 9/24/2021 (eg). (Entered: 09/23/2021) |
| 09/28/2021 | Ï 24 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendants Memorandum in Opposition and Motion for Discovery* by SHANNON MULDROW. (Attachments: # 1 Text of Proposed Order)(Shaffer, David) (Entered: 09/28/2021) |
| 09/28/2021 | Ï | MINUTE ORDER granting Plaintiff's 24 Unopposed Motion for an Extension of Time. Plaintiff shall file her reply in further support of her Motion for Leave to File a Surreply and Motion for Discovery on or before October 7, 2021. Signed by Judge Amit P. Mehta on 9/28/2021. (lcapm1) (Entered: 09/28/2021) |
| 10/07/2021 | Ï 25 | REPLY to opposition to motion re 20 MOTION for Leave to File *Surreply* MOTION for Discovery *on the issue of venue* filed by SHANNON MULDROW. (Attachments: # 1 Exhibit Executive Summary)(Simoneaux, Kelley) (Entered: 10/07/2021) |
| 10/26/2021 | Ï 26 | ORDER granting 14 Defendant's Motion to Transfer Venue. Plaintiff's 20 Motion to Conduct Limited Venue Discovery and Leave to File a Surreply is denied as moot. Defendant's 15 Motion to Stay Proceedings is granted. Defendant shall respond to the Amended Complaint within 30 days of the case's docketing in the transferee court. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 10/26/2021. (lcapm1) (Entered: 10/26/2021) |